**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-1012**

————————

CHRISTOPHER D. WAGSTAFF,

                             Plaintiff - Appellant,

      versus

CITY OF DURHAM,

                             Defendant - Appellee.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-01-615-1)

————————

Submitted: July 15, 2003          Decided: August 6, 2003

————————

Before WILKINSON, WIDENER, and GREGORY, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Charles Everett Robinson, ROBINSON LAW OFFICE, Rocky Mount, North Carolina, for Appellant. Joel M. Craig, KENNON, CRAVER, BELO, CRAIG & MCKEE, P.L.L.C., Durham, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher D. Wagstaff appeals the district court's order granting summary judgment to Defendant in this Title VII action alleging race discrimination and retaliation. We have reviewed the materials before us and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wagstaff v. City of Durham, No. CA-01-615-1 (M.D.N.C. Nov. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED